UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00363-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. AXIS LABS, LLC.,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to the parties' indication that they will be filing a Notice of Disposition in this case, a Change of Plea Hearing is **SET** for **Thursday, October 13, 2011, at 4:00 p.m.** in Courtroom A-1002.

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy.

    Dated: September 7, 2011.