UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00363-WYD

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. AXIS LABS, LLC.,

Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

Due to a scheduling conflict with a criminal trial, the Sentencing hearing set for Wednesday, January 18, 2012, at 11:00 a.m. is **VACATED.** The parties shall jointly contact my Chambers at (303) 844-2170 to reset this hearing.

Dated: January 11, 2012