UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00363-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. AXIS LABS, LLC.,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    In light of the fact that defense counsel has purchased airline tickets for the hearing that was to take place next week, the Sentencing hearing set for Wednesday, January 18, 2012, at 11:00 a.m. that was vacated by previous Minute Order (ECF No. 18) is **REINSTATED** and shall take place as scheduled on the 18th.

    Dated: January 11, 2012